UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LANEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-419** |
| **LOUISIANA HEALTH AND SCIENCE CENTER ET AL.** | **SECTION: "L"(2)** |

## ORDER OF REFERENCE TO U. S. MAGISTRATE

**IT IS ORDERED** that, in accordance with Rule 73 of the Local Rules of this Court, this cause be referred to a United States Magistrate Judge for the Eastern District of Louisiana, for the purpose(s) designated below:

1. ___ N0N-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A): _____

2. ___ MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):
    - ___ for injunctive relief
    - ___ for summary judgment
    - ___ for judgment on the pleadings
    - ___ to dismiss or quash indictment or information
    - ___ to suppress evidence in a criminal case
    - ___ to dismiss or permit maintenance of a class action
    - ___ to dismiss for failure to state a claim
    - ___ to involuntarily dismiss

3. _X_ ALL PRETRIAL MATTERS, including dispositive motions, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(A) and (B).

4. ___  HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing Section 2255 cases.

5. ___  TO SERVE AS A SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.: _____

6. ___  PAUPER CASE for:
   ___  Determination re: leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915(a).
   ___  Finding and Recommendation re: dismissal of complaint as "frivolous or malicious," pursuant to 28 U.S.C. 1915(d).

7. ___  SOCIAL SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

8. ___  TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

9. ___  OTHER: _____

New Orleans, Louisiana, this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

ALLOTTED AND REFERRED TO
U. S. MAGISTRATE JUDGE WILKINSON