UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. LANEY | CIVIL ACTION |
| VERSUS | NO. 11-419 |
| LOUISIANA HEALTH AND SCIENCE CENTER SCHOOL OF NURSING ET AL. | SECTION "L" (2) |

## ORDER

Plaintiff John A. Laney is hereby notified that the captioned case will be called on **MAY 18, 2011 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana. Plaintiff must appear IN PERSON and report on the status of the case and show cause why service of the summons and complaint has not been completed. If service is completed before **MAY 18, 2011**, filing the appropriate service returns in the record will satisfy this order and make an appearance unnecessary.

New Orleans, Louisiana, this 29th day of April, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE