Case 2:11-cv-00419-EEF-JCW Document 7 Filed 05/10/11 Page 1 of 3

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 10 2011
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

John A Laney
    Plaintiff,

CIVIL ACTION

VERSUS

NO. 11 - 419

LOUISIANA STATE UNIVERSITY
SCHOOL OF NURSING, HEALTH
AND SCIENCES CENTER
MR. A. J. KLHONE, DR. DEMETRIUS
PORCHE AND LAURA BONANNO

SECTION L MAG.2

### Motion ~~PETITION~~ FOR COURT APPOINTED ATTORNEY

On motion of the plaintiff is the above entitled action, and on suggesting to this Court that the plaintiff has been searching for an attorney with no luck, as of this date, and even though the search continues the plaintiff hereby requests that this Court will appoint a civil attorney at this time, to be relieved when a permanent attorney is secured.

___ Fee____
___ Process____
_X_ Dktd____
_X_ CtRmDep____
Doc. No.____

Respectfully submitted,

*[signature]*

John A Laney
In Proper Person
3660 Derbigny Street
Metairie, LA  70001
(504-473-9149)

## Certificate of Service

This is to certify that a copy of the foregoing has been served on the defendants by United States mail, postage pre-paid this _____ day of _____ 2011.


*[signature]*

John A. Laney
In Proper Person
3660 Derbigny Street
Metairie, LA 70001
(504-473-9149)