## ORDER

It is ordered by this Court that an attorney is hereby appointed to guide this case until the plaintiff locates a private attorney, this _____ day of _____ ,2011.

_____
JUDGE

_____
Appointed attorney