UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. LANEY | CIVIL ACTION |
| VERSUS | NO. 11-419 |
| LOUISIANA HEALTH AND SCIENCE CENTER SCHOOL OF NURSING ET AL. | SECTION "L" (2) |

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTIONS:  (1)  Plaintiff's Motion for Court Appointed Attorney, Record Doc. No. 7
          (2)  Plaintiff's Motion to Accept or Deny Request for Jury, Record Doc. No. 8
          (3)  Plaintiff's Motion to Accept or Deny Additions to Original Petition, Record Doc. No. 9

O R D E R E D:

 (1) : DEFERRED. Further information is necessary to determine this motion. Accordingly, the motion will be addressed and relevant testimony obtained from plaintiff during the hearing already set before me in this case on May 18, 2011 at 11:00 a.m.

 (2), (3) : GRANTED. Plaintiff's "Motion to Accept or Deny Request for Jury" and "Motion to Accept or Deny Additions to Original Petition," Record Doc. Nos. 8 and 9, received by the court on May 13, 2011, construed broadly, will be treated as motions to amend plaintiff's complaint and to assert a jury demand under Fed. R. Civ. P. 15 and 38. Plaintiff's amended complaints name no new defendants. Because service has not yet been completed, no answers have been filed, and no previous amendment has been granted, plaintiff may amend his complaint once as a matter of right without leave of court. Fed. R. Civ. P. 15(a). In addition, no deadline for amendments has yet been set and under the liberal amendment policy of Fed. R. Civ. P. 15(a), these amendments will be permitted. Accordingly, **IT IS ORDERED** that plaintiff's motions to amend his complaint are hereby GRANTED. The Clerk is directed to note plaintiff's jury demand on the docket sheet of

this case.  Fed. R. Civ. P. 39(a).  Plaintiff is instructed that no further amendments of his complaint will be permitted unless they are accompanied by a motion for leave of court, properly noticed for submission. Local Rule 7.2.

New Orleans, Louisiana, this ___16th___ day of May, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE